UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

    JERRY LEE PIPER
    AKA JERRY PIPER                       HONORABLE JOHN T. GREGG
                                                        CASE NO. 20-00028-JTG
                                                          CHAPTER 13

          DEBTOR.
_____/

JERRY LEE PIPER
AKA JERRY PIPER
Debtor in Pro Se
4598 Pinefield Ave.
Portage, MI 49024
---------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**CERTIFICATE OF SERVICE**

     CRAIG S. SCHOENHERR, SR., being duly sworn, says that on the 9TH day of July, 2020, a copy of the Objection of Santander Consumer USA Inc. dba Chrysler Capital to Confirmation of Debtor's Chapter 13 Plan was served upon:

| | |
|---|---|
| Brett N. Rodgers | Jerry Lee Piper aka Jerry Piper |
| Trustee | Debtor in Pro Se |
| 99 Monroe Ave NW, Suite 601 | 4598 Pinefield Ave. |
| Grand Rapids, MI 49503 | Portage, MI 49024 |

electronically pursuant to the court notice of service, and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the United States Mail with postage prepaid.

                    O'REILLY RANCILIO P.C.

                    */s/ Craig S. Schoenherr, Sr.*

                    _____
                    CRAIG S. SCHOENHERR, SR. (P32245)
                    Attorney for Creditor
                    12900 Hall Road, Suite 350
                    Sterling Heights, MI  48313-1151
                    (586) 726-1000
                    ecf@orlaw.com